IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CURTLAND WATSON                                                          PLAINTIFF
#190954

v.                        No: 4:21-cv-1006-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF                                                                    DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Watson hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 December 2021